**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**TRACY PELZER,**

    **Plaintiff(s),**     **CASE NUMBER: 08-11932
               HONORABLE VICTORIA A. ROBERTS**

**v.**

**CHASE HOME FINANCE, LLC and
36th DISTRICT COURT ,**

    **Defendant(s).**
                     /

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

Plaintiff Tracy Pelzer filed an Amended Complaint on May 9, 2008 stating the Court has jurisdiction pursuant to 28 U.S.C. §1332.  The Court reviewed Plaintiff's Complaint and cannot determine whether jurisdiction is proper because Plaintiff failed to comply with Fed. R. Civ. P. 8(a)(1) and state Defendants' citizenship.

Plaintiff's Complaint is *sua sponte* **DISMISSED WITHOUT PREJUDICE** pursuant to 18 U.S.C. §§ 1332(a)(1) and 1653.

Plaintiff may file a second amended complaint alleging facts sufficient to support federal jurisdiction.  *See Jackson v. Heh*, 2000 WL 761807 at *8 (6th Cir. June 2, 2000).

  **IT IS ORDERED**.

                s/Victoria A. Roberts
                Victoria A. Roberts
                United States District Judge

Dated:  June 9, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record and Tracy Pelzer by electronic means or U.S. Mail on June 9, 2008.

s/Linda Vertriest
Deputy Clerk